AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA<br>V.<br><br>Brian Cook | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: CR404-00112-001<br>USM Number: 11883-021<br><br>Thomas E. Hollis<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory and standard conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 21, 2011 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-1807

Defendant's Date of Birth: May 6, 1983

Defendant's Residence Address:
Federal Bureau of Prisons

Defendant's Mailing Address:
Federal Bureau of Prisons

June 1, 2011
Date of Imposition of Judgment

_____
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JUNE 2, 2011
Date

AO 245D (Rev 12/03)  Judgment in a Criminal Case for Revocations:  
Sheet 1A

Judgment-Page 2 of 3

DEFENDANT: Brian Cook  
CASE NUMBER: CR404-00112-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | March 5, 2011 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | March 18, 2011 |

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations:
Sheet 2 - Imprisonment

Judgment-Page 3 of 3

DEFENDANT: Brian Cook
CASE NUMBER: CR404-00112-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>11 months</u>.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[ ]  The defendant shall surrender to the United States Marshal for this district,

  [ ] at ___ [ ] a.m. [ ] p.m. on _____.
  [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal